In re The Marriage of Marian E. LUIKEN, Petitioner-Respondent,

v.

Lyle E. LUIKEN, Respondent-Appellant.

No. WD 35592.

Missouri Court of Appeals, Western District.

May 21, 1985.

Ken Seck, Seck & Seck, Grandview, for respondent-appellant.

Joy Rushing, Legal Aid of Western Mo., Kansas City, for petitioner-respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from decree of dissolution.

Judgment affirmed. Rule 84.16(b)

Anna Sue TUCKER, Respondent,

v.

James Douglas TUCKER, Appellant.

No. WD 35839.

Missouri Court of Appeals, Western District.

May 21, 1985.

Bob House, Ava, for appellant.

David A. Yarger, Versailles, for respondent.

Before BERREY, P.J., and DIXON and KENNEDY, JJ.

ORDER

PER CURIAM.

This is an appeal by the husband from the property division and maintenance provisions of a dissolution decree, and from attorney's fees awards to the wife for legal services in the trial and upon appeal.

Affirmed. Rule 84.16(b).